FILED
2018 Jun-25 AM 09:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ZANGELA JENKINS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 2:17-cv-0768-JEO |
| CREDIT BUREAU OF BESSEMER, | ) ) ) |
| Defendant. | ) |

## ORDER

A joint stipulation of dismissal with prejudice has been filed, signed by counsel for all parties who have appeared. (Doc. 15). Accordingly, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees, costs, attorney's fees, and expenses. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is **DIRECTED** to close the file.

**DONE**, this 25th day of June, 2018.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge